UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSCO BULK CARRIERS CO., LTD.          :    08 CV 6890 (BSJ)
                                        :
           Plaintiff,                   :
                                        :
      - against -                       :
                                        :
AGRENCO MADEIRA COMERCIO                :
INTERNACIONAL LTD. a/k/a AGRENCO        :
MADEIRA COMERCIO INTERNACIONAL LDA      :
                                        :
           Defendant.                   :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8.8.08

### ORDER TO UNSEAL CASE

This Court ordered on July 31, 2008, pursuant to Plaintiff's motion that this case be temporarily sealed. Upon application of the Plaintiff, it is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       August _X_, 2008

                                         SO ORDERED

                                         _____
                                         Hon. Barbara S. Jones
                                         United States District Judge

**Lennon,
Murphy &
Lennon, LLC**

ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

mail@lenmur.com

August 7, 2008

<u>*Via Facsimile 1-212-805-6191*</u>
Hon. Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 620
New York, NY 10007

Re:   **Cosco Bulk Carriers Co. Ltd. v. Agrenco Madeira Comercio Internacional
LDA a/k/a Agrenco Madeira Comercio Internacional Ltd.**
Case No.:   08 cv 6890 (BSJ)
Our ref.:   08-1530

Dear Judge Jones:

This firm represents Plaintiff Cosco Bulk Carriers Co. Ltd. in the above-referenced action. Judge Richard J. Holwell, sitting as Part I Judge on July 31, 2008, issued an Order Temporarily Sealing Court File. We enclose a courtesy copy of the Order Temporarily Sealing Court File.

On or about July 31, 2008, we applied for and Judge Holwell, as Part I judge, granted Plaintiffs' request for an Ex-Parte Order of Maritime Attachment against the Defendant. Please find attached hereto a courtesy copy of the Ex-Parte Order.

We have now been advised by several non-party garnishee banks that service of the Process of Maritime Attachment and Garnishment has resulted in attachment of Defendant's funds in security for Plaintiffs' maritime claims. As a result have served Defendant with Notice of Attachment, in conformity with Local Rule B.2, and are submitting for your Honor's review a proposed Order to Unseal Case. We respectfully request that your Honor execute the proposed Order to Unseal Case so that this matter may appear on the docket.

Should your Honor have any questions or comments we are available to discuss the same at the convenience of the Court.

Respectfully submitted,

Anne C. LeVasseur

ACL/bhs
Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSCO BULK CARRIERS CO., LTD.              :       08 CV ____
                                           :
              Plaintiff,                   :
                                           :
    - against -                            :
                                           :
AGRENCO MADEIRA COMERCIO                   :
INTERNACIONAL LTD. a/k/a AGRENCO           :
MADEIRA COMERCIO INTERNACIONAL LDA.:
                                           :
              Defendant.                   :
------------------------------------------------------------X

## ORDER TEMPORARILY SEALING COURT FILE

An application having been made by counsel for Plaintiff for an Order Temporarily Sealing the Court File:

NOW, on reading and filing the Affidavit of Anne C. LeVasseur, sworn to on July 31, 2008, and good cause shown having been shown, it is hereby

ORDERED that all documents, including, but not limited to, the Complaint and the other pleadings, Orders and/or Writs filed and/or issued in this case be filed under seal, and the court file be maintained under seal until further notice of this Court or notification to the Clerk that the Plaintiff's property has been attached. The Clerk of this Court may have access to the sealed file to implement or ensure compliance with orders issued in this case.

Dated: New York, NY
       July 31, 2008

                                                   _____
                                                              U.S.D.J.

JUDGE JONES

**08 CV 6890**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSCO BULK CARRIERS CO., LTD.          :          08 CV ____
                                        :
                    Plaintiff,          :
                                        :          EX PARTE
       - against -                      :          ORDER FOR
                                        :          PROCESS OF
AGRENCO MADEIRA COMERCIO                :          MARITIME
INTERNACIONAL LDA a/k/a AGRENCO         :          ATTACHMENT
MADEIRA COMERCIO INTERNACIONAL LTD      :
                                        :
                    Defendant.          :
------------------------------------------------------------X

   **WHEREAS**, on July 31, 2008, Plaintiff, COSCO BULK CARRIERS CO., LTD. filed a Verified Complaint, herein for damages amounting to $ 254,185.87 inclusive of interest, costs and reasonable attorneys' fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

   **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal, or other designated process server, attach any and all of the Defendant's property within the District of this Court; and

   **WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist;

   **NOW**, upon motion of the Plaintiff, it is hereby:

   **ORDERED**, that pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and

monies, electronic funds transfers, freights, sub-freights, charter hire, sub-charter hire or any other funds or property up to the amount of $ 254,185.87 belonging to, due or being transferred to, from or for the benefit of the Defendant, including but not limited to such property as may be held, received or transferred in Defendant's name(s) or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishees to be named on whom a copy of the Process of Maritime Attachment and Garnishment may be served; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED that following initial service by the U.S. Marshal, or other designated process server, upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further

ORDERED that service on any garnishee as described above is deemed to be effective and continuous service throughout the remainder of the day upon which service is made commencing from the time of such service; and such service is further deemed to be effective through the end of the next business day, provided that another service is made that day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means.

Dated: July **31**, 2008

SO ORDERED:

_____
U. S. D. J.

CERTIFIED AS A TRUE COPY ON
THIS DATE 08·01·08
BY _____ Clerk / Deputy