UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
COSCO BULK CARRIERS CO., LTD.           :        08 CV _____
                                        :
         Plaintiff,                     :
                                        :
    - against -                         :
                                        :
AGRENCO MADEIRA COMERCIO                :
INTERNACIONAL LTD. a/k/a AGRENCO        :
MADEIRA COMERCIO INTERNACIONAL LDA :
                                        :
         Defendant.                     :
------------------------------------------------------------------ X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: July 31, 2008
       New York, NY

                          The Plaintiff,
                          COSCO BULK CARRIERS CO., LTD.

                          By: _____
                          Patrick F. Lennon
                          Anne C. LeVasseur
                          LENNON, MURPHY & LENNON, LLC
                          420 Lexington Ave., Suite 300
                          New York, NY 10170
                          (212) 490-6050 – phone
                          (212) 490-6070 – fax
                          pfl@lenmur.com
                          acl@lenmur.com