UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSCO BULK CARRIERS CO., LTD.           :      08 CV 6890
                                        :
                 Plaintiff,             :
                                        :
       - against -                      :
                                        :
AGRENCO MADEIRA COMERCIO                :
INTERNACIONAL LTD. a/k/a AGRENCO        :
MADEIRA COMERCIO INTERNACIONAL LDA:
                                        :
                 Defendant.             :
------------------------------------------------------------X



## ORDER TEMPORARILY SEALING COURT FILE

An application having been made by counsel for Plaintiff for an Order Temporarily Sealing the Court File:

NOW, on reading and filing the Affidavit of Anne C. LeVasseur, sworn to on July 31, 2008, and good cause shown having been shown, it is hereby

ORDERED that all documents, including, but not limited to, the Complaint and the other pleadings, Orders and/or Writs filed and/or issued in this case be filed under seal, and the court file be maintained under seal until further notice of this Court or notification to the Clerk that the Plaintiff's property has been attached. The Clerk of this Court may have access to the sealed file to implement or ensure compliance with orders issued in this case.

Dated: New York, NY
       July 31, 2008

_____
U.S.D.J.