CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COSCO BULK CARRIERS CO., LTD.          :
                                        :
                  Plaintiff,            :      08-CV-6890
                                        :
            v.                          :      **NOTICE OF**
                                        :      **APPEARANCE**
AGRENCO MADEIRA COMERCIO                :
INTERNACTIONAL LTD. a/k/a AGRENCO       :
MADEIRA COMERCIO INTERNACIONAL LDA:
                                        :
                  Defendants.           :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 28, 2008

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch

                              By:       _____
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ 07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201
                                        Email: reisert@navlaw.com